■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. HORNING, Appellant. [817 NYS2d 573]—Motion for reargument denied. Present—Hurlbutt, J.P., Scudder, Pine and Hayes, JJ.